1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  MIGUEL CRUZ-ANTONIO

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11                                    )
   UNITED STATES OF AMERICA,          )      No. CR 11-00957-LHK
12                                    )
                    Plaintiff,        )      [~~PROPOSED~~] ORDER ON
13                                    )      **STIPULATION TO CONTINUE**
   vs.                                )      **SENTENCING HEARING**
14                                    )
   MIGUEL CRUZ-ANTONIO,               )
15                                    )
                    Defendant.        )
16  _____

17        1.  On December 22, 2011, Mr. Cruz was charged in a single count indictment with a

18  violation of 8 U.S.C. § 1326 (a) and (b).

19        2.  Following plea negotiations with the United States, Mr. Cruz elected to decline the

20  offer of a fast-track plea disposition and on January 9, 2013, he changed his plea to guilty before

21  this Honorable Court. The sentencing hearing was scheduled for March 27, 2013.

22        3.  Counsel for Mr. Cruz has missed a great deal of time from work during the last three

23  or more weeks, due to the sickness of a child that culminated in a hospital admission.  As a

24  result, Counsel has not been able to prepare and file a sentencing position paper on Mr. Cruz'

25  behalf.

26  ///
   STIPULATION TO CONTINUE HEARING;
   [~~PROPOSED~~] ORDER
   CASE NO. CR 11-00957 LHK                  3

1    4.  For the above stated reasons, the sentencing hearing shall be continued to May 1,

2    2013, at 9:00 a.m.

3

4         IT IS SO ORDERED.

5

6    Dated: _____3/26/13_____        _____
                                              HON. LUCY A. KOH
7                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
CASE NO. CR 11-00957 LHK                    4